707 A.2d 149

NYDIA E. GONZALEZ v. STATE OF NEW JERSEY, DIVISION
OF YOUTH AND FAMILY SERVICES.

February 25, 1998.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

707 A.2d 149

VELOP, INC. v. HARRY KAPLAN, ETC., ET AL. AND
STAVOLA CONTRACTING COMPANY, ET AL.

February 26, 1998.

It is ORDERED that the within appeal be and hereby is dismissed.